Andy Lee WRIGHT, Plaintiff–Appellant,

v.

Theodis BECK, State Secretary of North Carolina; Boyd Bennett, Director of Prisons, Defendants–Appellees.

No. 06–6916.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 5, 2007.

Decided: Feb. 13, 2007.

Andy Lee Wright, Appellant Pro Se.

Before MICHAEL, MOTZ, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andy Lee Wright appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Wright v. Beck,* No. 5:05–CT00543–D (E.D.N.C. Nov. 21, 2005, and Apr. 6, 2006). We deny Wright's motion for default judgment; his request for an independent counsel, which we construe as a motion for

appointment of counsel; and his motion to compel and for intervention, which he submitted under Fed.R.Civ.P. 24. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*